UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL CAMPOS<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO: 2:16-CV-00796-MCE-EFB<br><br>(SSC CASE NO. 34-2016-00790872)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed: February 24, 2016<br>Trial: None Set |

Upon the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

IT IS HEREBY ORDERED THAT: the Complaint filed by Plaintiff Marisol Campos against Target Corporation, this action, and all causes of action therein, are dismissed *with prejudice*.

This Court shall have continuing jurisdiction, as necessary, to interpret and enforce the provisions of the settlement agreement executed by the parties.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

1  This matter having now been concluded in its entirety, the Clerk of Court is
2  directed to close the file.
3  IT IS SO ORDERED.
4  Dated:  September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE